UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROLAND ROBERT HAWK, SR.,<br>FRANCINE MARIA MIDDLETENT,<br>ROXANNE LYNETTE SAZUE,<br>JACQUELYN ERNESTINE PEASE,<br>and BRANDON SAZUE,<br><br>　　　　　　　Defendants. | CR 19-30093-RAL<br><br>REDACTED SUPERSEDING INDICTMENT<br><br>Embezzlement & Theft from an Indian Tribal Organization; Aiding and Abetting<br><br>18 U.S.C. §§ 2 and 1163 |

The Grand Jury charges:

Beginning on a date unknown, but no later than on or about March 2014 through on or about February 2019, in the District of South Dakota, the Defendants, Roland Robert Hawk, Sr., Francine Maria Middletent, Roxanne Lynette Sazue, Jacquelyn Ernestine Pease, and Brandon Sazue, did embezzle, steal, willfully misapply, willfully permit to be misapplied, and convert to their own use more than $1,000 of monies, funds, credits, goods, assets, and other property belonging to the Crow Creek Sioux Tribe, an Indian Tribal Organization, and did aid and abet each other in committing the offense, all in violation of 18 U.S.C. §§ 2 and 1163.

A TRUE BILL:

**Name Redacted**

_____
Foreperson

RONALD A. PARSONS, JR.
UNITED STATES ATTORNEY

By: _____

Maximum Penalties:

Five (5) years of imprisonment, a $250,000 fine, or both; 3 years of supervised release, an additional 2 years upon revocation, $100 VAF, restitution, forfeiture.

Filed:   August 6, 2019