# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## CENTRAL DIVISION

Roberto A. Lange United States Chief Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DLC | Court Reporter – Cheryl Hook |
| Courtroom - PR #1 | Date – March 25, 2020 |
| U.S. Probation Officer – Not present | |

3:19-cr-30093-05

| | |
|---|---|
| UNITED STATES OF AMERICA | Michael J. Elmore for Jeremy R. Jehangiri |
| Plaintiff, | |
| vs. | |
| BRANDON SAZUE | Joseph P. Barnett |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:45 p.m.   Enter Change of Plea Hearing

　　　　　　Defendant enters a plea of guilty to the Superseding Indictment

2:05 p.m.   Court adjourned